UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

CIVIL ACTION NO. 3:10-CV-539-H

THE IRON QUARTER, LLC                                                    PLAINTIFF

V.

JIM MIMS, et al.                                                              DEFENDANTS

**MEMORANDUM AND ORDER**

The Intervenor-Defendants have moved for various kinds of expedited discovery and for an amendment to the Agreed Judgment.  The Court will address some of these issues here and others after a further conference this week.

The Court did not intend that either party should commence discovery concerning the validity of the Agreed Judgment or the standing of the Intervenors to challenge it.  The original parties may enter such an agreement.  Consequently, no further discovery should proceed without the Court's specific approval.

The more important question concerns the ability of any party to challenge an action of either Iron Quarter or Metro Louisville pursuant to the agreement.  All of the parties are in agreement that no action concerning the Iron Quarter buildings should be undertaken without adequate notice to all concerned.  Consequently, the Court will amend the Agreed Judgment accordingly and require such notice.

The parties discussed the jurisdictional and procedural aspects of any challenge to Metro Louisville's issuance of a demolition permit.  This will be the subject of discussions later this week.

Being otherwise sufficiently advised,

IT IS HEREBY ORDERED that the Intervenors' motions for expedited discovery of any kind and for amendment of the Agreed Judgment is DENIED.

IT IS FURTHER ORDERED that the Agreed Judgment is amended only to the extent that Metro Louisville shall notify all of the Intervening Defendants seven days prior to the issuance of any demolition order as to the properties and that any such demolition order shall not be effective until seven days after its issuance.

IT IS FURTHER ORDERED that Plaintiffs and the original Defendants may amend the original Agreed Judgment upon agreement among themselves, except they may not amend the notice and effective date provisions related to a demolition order.

cc:     Counsel of Record