UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | | |
|---|---|---|
| THE IRON QUARTER, LLC | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | No. 3:10-CV-00539-JGH |
| | ) | |
| JIM MIMS, et al. | ) | |
| | ) | |
| Defendants | ) | |

## AGREED ORDER DISMISSING SETTLED

Pursuant to the Court's May 12, 2011 Order, as well as the direction given by the Court to the parties at the in chambers conference held that same day, the parties submit this Agreed Order Dismissing Settled.

This matter having come before the Court pursuant to the agreement of the Plaintiff, The Iron Quarter, LLC, by counsel, and the Defendants, Jim Mims and Louisville-Jefferson County Metro Government, by counsel, and this Court otherwise being sufficiently advised;

IT IS HEREBY ORDERED that this matter be, and hereby is, DISMISSED, with prejudice, as settled, with the parties to bear their own costs.

HAVE SEEN AND AGREED:


 /s/ Glenn A. Cohen                                      /s/ Scott Lilly
GLENN A. COHEN                                          (by Glenn A. Cohen, with permission)
JOSEPH H. COHEN                                        SCOTT LILLY
GORDON C. ROSE                                         Second Assistant County Attorney
ROBYN R. SMITH                                         Office of Mike O'Connell - Jefferson County
SEILLER WATERMAN LLC                                   Attorney
Meidinger Tower, 22nd Floor                            531 Court Place, Suite 900
462 S. Fourth Street                                   Louisville, Kentucky  40202
Louisville, Kentucky  40202
Counsel for Plaintiff                                  THERESA Z. SENNINGER
                                                       JONATHAN L. BAKER
                                                       Assistant County Attorneys
                                                       531 Court Place, Suite 900
                                                       Louisville, Kentucky  40202

                                                       Counsel for Defendants


A copy of this Agreed Order has also been provided to Stephen T. Porter, counsel for Intervenor-Defendants DKH Properties, Inc., Louisville, Historical League, Inc., Neighborhood Planning and Preservation, Inc., Open Louisville, Inc., and Preservation Louisville, Inc.


                                                    /s/ Glenn A. Cohen

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 27, 2011, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Jonathan Baker, Esq.
jonathan.baker@louisvilleky.gov

DKH Properties, Inc.
stpinlou@aol.com

N. Scott Lilly, Esq.
scott.lilly@louisvilleky.gov

Louisville Historical League, Inc.
stpinlou@aol.com

Neighborhood Planning and Preservation, Inc.
stpinlou@aol.com

OPEN Louisville, Inc.
stpinlou@aol.com

Stephen T. Porter, Esq.
stpinlou@aol.com

Preservation Louisville, Inc.
stpinlou@aol.com

Theresa Zawacki Senninger, Esq.
theresa.senninger@louisvilleky.gov

I further certify that I mailed the foregoing document and the notice of electronic filing by first class mail to the following non-CM/ECF participants:

[none]

*/s/ Glenn A. Cohen*
GLENN A. COHEN
JOSEPH H. COHEN
GORDON C. ROSE
ROBYN R. SMITH

G:\doc\GAC\Cobalt\Iron Quarter\Pldgs-Federal Court\Agreed Order Dismissing Settled.wpd